UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


GARLAND WALTER WILLIAMSON, JR.                CIVIL ACTION


VERSUS                                        NO. 08-1578


CRAIG WEBER, SHERIFF OF                       SECTION "R"(2)
LAFOURCHE PARISH, ET AL.


**ORDER**

The Court, having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

The Magistrate Judge noted that every order addressed to plaintiff from the court has been returned.  The copy of the Magistrate's Report and Recommendation mailed to plaintiff was also returned as undeliverable. (*See* R. Doc. 27.)  Plaintiff has failed to keep the court advised of his address changes, as required by Local Rules 11.1E and 41.3.1E.  Plaintiff additionally has not complied with the court's orders of April 18, 2008, May 12, 2008, and June 3, 2008.

Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE for failing to comply with orders of this Court.

New Orleans, Louisiana, this <u>30th</u> day of July, 2008.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE